**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ARBOR GLOBAL STRATEGIES LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:19-cv-00333-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD. | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., and SAMSUNG SEMICONDUCTOR, | § | |
| INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

The Magistrate Judge previously entered his Report & Recommendation ("R&R") Dkt. No. 31), which recommended denying Defendants Samsung Electronics Co., Ltd. Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.'s (together, "Samsung") Motion to Dismiss for Lack of Standing ("Motion"). (Dkt. No. 22). Samsung has now filed an Objection to that R&R ("Objection"). (Dkt. No. 36)

After consideration of the briefing on Samsung's Motion, the R&R, and Samsung's Objection, the Court concludes that the objections are without sufficient merit. For that reason and the other reasons stated within the R&R, the Court agrees with the conclusion reached within the R&R. The Objection is **OVERRULED**, and the Magistrate Judge's R&R is therefore **ADOPTED**.

**So ORDERED and SIGNED this 20th day of April, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE