# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ARBOR GLOBAL STRATEGIES LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | Case No. 2:19-cv-00333-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG SEMICONDUCTOR, INC., | § § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Unopposed Motion for Leave to Take Depositions after the Deadline to Complete Fact Discovery ("Motion"), filed by Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Semiconductor, Inc. (Dkt. No. 161).

After consideration, the Court **GRANTS** Defendants' Motion. It is therefore **ORDERED** that the parties may depose Teresa Kreps and Scott Hillstrom after the close of fact discovery.

**SIGNED this 8th day of December, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE